Roy BOTTORFF, d/b/a Bottorff
Construction Company,
Respondent,

v.

Barbara SHAWHAN, Appellant.

No. WD 47032.

Missouri Court of Appeals,
Western District.

Nov. 16, 1993.

Ralph Gregory Gore, Independence, for appellant.

George Edwin Proctor, Jr., Kansas City, for respondent.

Before HANNA, P.J., and
LOWENSTEIN and FENNER, JJ.

*ORDER*

PER CURIAM.

Appeal from judgment of the trial court in favor of respondent, Roy Bottorff, d/b/a as Bottorff Construction Company, in the amount of $10,787.

Judgment affirmed. Rule 84.16(b).